SHAW *et al. v.* BRAY *et al.*

BECK, J. No abuse of discretion being made to appear, the order of the judge refusing the interlocutory injunction will not be disturbed.

*Judgment affirmed. All the Justices concur.*

JUNE 15, 1914. REHEARING DENIED JULY 25, 1914.

Petition for injunction. Before Judge Thomas. Berrien superior court. October 11, 1913.

*Lankford & Moore,* for plaintiffs. *E. K. Wilcox,* for defendants.